

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00051-CR

| | | |
|---|---|---|
| BRONSON KIBLER, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1684040D) |
| v. | § | March 14, 2024 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in two of the trial court's judgments. We vacate the trial court's Count Three and Count Four judgments for intoxication assault. We affirm the Count One and Count Two judgments of conviction for aggravated assault with a deadly weapon.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth